March 25, 2004

Ms. Annette S. Muecke
P. O. Box 90991
San Antonio, TX 78209
Mr. Edward C. Mainz Jr.
Thornton Summers Biechlin Dunham & Brown, L.C.
10100 Reunion Place, Suite 300
San Antonio, TX 78216-4186

RE: Case Number: 03-1137
 Court of Appeals Number: 04-03-00348-CV
 Trial Court Number: 1998-CI-12338

Style: ANNETTE S. MUECKE
 v.
 SUE M. HALL

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed order in the
above referenced-cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Herb Schaefer |
| |Ms. Margaret G. |
| |Montemayor |